UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                                 25-MC-

$20,125.00 UNITED STATES CURRENCY SEIZED
FROM FIDELITY INVESTMENTS ACCOUNT
NO. X85-743212, AND

$305,558.07 UNITED STATES CURRENCY
SEIZED FROM FIDELITY INVESTMENTS
ACCOUNT NO. Z28-371184,

        Defendant *in rem*.

---

### STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Elizabeth M. Palma, Assistant United States Attorney, of counsel, and Terrence M. Connors, Esq., attorney for claimant Joel B. Durinka, that the government's time to file its Verified Complaint for Forfeiture be extended from January 26, 2025 to March 24, 2025, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

Dated: January **7**, 2025                                      Dated: January **7**, 2025

TRINI E. ROSS
United States Attorney
Western District of New York

By: *Elizabeth Palma*                                           By: *Terrence M. Connors*
Elizabeth M. Palma                                              Terrence M. Connors, Esq.
Assistant United States Attorney                                1000 Liberty Building
138 Delaware Ave                                                Buffalo, New York 14202
Buffalo, New York 14202                                         716-852-5533
(716) 843-5860                                                  tmc@connorsllp.com
elizabeth.palma@usdoj.gov                                       Attorney for Joel B. Durinka