

U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*138 Delaware Avenue*
*Buffalo, New York 14202*

June 20, 2025

<u>Via ECF</u>

The Honorable Lawrence J. Vilardo
United States District Court Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

      RE: **United States of America v. $20,125.00 United States currency seized from Fidelity Investments Account No. X85-743212, *et al.* 25-MC-1-LJV**

Dear Judge Vilardo:

      On or about June 12, 2025, the government obtained a criminal indictment in *United States v. Joel Durinka* (25-CR-104-LJV), which contained an allegation that $20,125.00 in United States currency seized from Fidelity Investments Account No. X85-743212, and $305,558.07 United States currency seized from Fidelity Investments Account No. Z28-371184, are subject to forfeiture. Accordingly, the above-referenced miscellaneous civil matter may be closed.

      Should you have any questions and/or concerns, please do not hesitate to contact the undersigned at 716-843-5860.

      Thank you for your consideration in this regard.

      Very truly yours,

      MICHAEL DIGIACOMO
      United States Attorney

      BY:   s/ELIZABETH M. PALMA
            Assistant United States Attorney

cc:   Terry Connors (*via e-mail*)